| | |
|---|---|
| MORGAN McNEIL,<br><br>                                    Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY, et al.,<br><br>                                   Defendants. | Case No.: 3:17-cv-01326-JM-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FACT DISCOVERY CUT OFF DATE**<br><br>**[Doc. No. 19]** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Presently before the Court is the parties' Joint Motion to Continue the Fact Discovery Cut-Off Date. [Doc. No. 19]. Due to unexpected events in the personal lives of counsel, plaintiff's deposition was not able to be scheduled until April 12, 2018, the current discovery cut-off date. [Doc. No. 19-1, at p. 2-3]. The parties expect to take another three to five depositions after Plaintiff's deposition. [*Id.*]. No other amendments to the Scheduling Order [Doc. No. 16] are sought.

///
///
///
///
///

1

Good cause appearing, the parties' Joint Motion is **GRANTED**. The renewed Fact Discovery Cut-Off Date is **June 29, 2018**.

**IT IS SO ORDERED**.

Dated: March 21, 2018

Hon. Karen S. Crawford
United States Magistrate Judge