James P. Carter (State Bar No. 150052)
james.carter@jacksonlewis.com
Lina Nasry (State Bar No. 280576)
lina.nasry@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:  (949) 885-1360
Facsimile:   (949)  885-1380

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN McNEILL,<br><br>    Plaintiff,<br>  vs.<br><br>CHICAGO TITLE, doing business as LEGENDS ESCROW; DOES 1 to 30, inclusive,<br><br>    Defendants. | **CASE NO.: 3:17-cv-01326-JM-KSC**<br><br>*[Assigned for all Purposes to the Honorable Jeffrey T. Miller / Magistrate Karen S. Crawford]*<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. Proc., Rule 41]** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On or about August 2, 2018, Plaintiff MORGAN McNEILL ("Plaintiff") and Defendant CHICAGO TITLE INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), entered into a Settlement Agreement and General Release (the "Settlement Agreement"). Accordingly, the Parties, through their undersigned counsel of record, hereby stipulate and request that the Court, in accordance with Fed. R. Civ. Proc., Rule 41, take notice of the settlement in the above-referenced case and rule as follows:

1. Dismiss this case in its entirety, with prejudice, while retaining jurisdiction over this case until all payment conditions of the Settlement Agreement are fully satisfied; and

2. Each party shall bear their own attorneys' fees and costs.

Dated:   October 11, 2018            JACKSON LEWIS P.C.

*/s/ Lina Nasry*
James P. Carter
Lina Nasry

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

Dated:   October 10, 2018            SCHROTH, SCHROTH & MADIGAN

*/s/ David R. Will*
Robert E. Schroth, Jr.
David R. Will

Attorneys for Plaintiff
MORGAN McNEILL

## SIGNATURE ATTESTATION

I hereby attest that David R. Will concurs in the content of this filing, and has authorized said filing.

Dated:   October 11, 2018         JACKSON LEWIS P.C.

*/s/ Lina Nasry*
James P. Carter
Lina Nasry

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

4814-2361-9446, v. 1

# PROOF OF SERVICE

**U.S. DISTRICT COURT OF CALIFORNIA, SOUTHERN DIVISION**

**CASE NAME:** *MORGAN McNEILL v. CHICAGO TITLE*

**CASE NO.:** 3:17-cv-01326-JM-KSC

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On **October 11, 2018,** I caused the following document(s) described as:

**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Robert E. Schroth, Jr., Esq.<br>David R. Will, Esq.<br>SCHROTH, SCHROTH & MADIGAN<br>3200 Fourth Avenue, Ste. 101<br>San Diego, CA 92103 | ***Attorneys for Plaintiff Morgan McNeill***<br><br>Phone:   (619) 233-7521<br>E-Mail:  DavidWillEsq@gmail.com |

☒ **NOTICE OF ELECTRONIC FILING**:  The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

**FEDERAL:**  I declare under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on **October 11, 2018**, at Irvine, California.

*/s/ Lina Nasry*
Lina Nasry

4814-2361-9446, v. 1