UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN McNEILL,<br><br>            Plaintiff,<br>v.<br><br>CHICAGO TITLE, doing business as LEGENDS ESCROW; DOES 1 to 30, inclusive,<br><br>            Defendants. | CASE NO.: 17cv1326 JM(KSC)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

By request and motion of the Parties (Doc. No. 24), this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 12, 2018

JEFFREY T. MILLER
United States District Judge